■ WALSTON & CO., INC. v. HIRSCH L. SPIRA et al. WALSTON & CO., INC. v. ERNEST KLEIN.— Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ BEATRICE MERCADO v. JULIO MERCADO.— Motion for leave to appeal as a poor person denied, without prejudice, however, to a renewal thereof upon proof of proper service of papers on all interested parties. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ M. W. ZACK METAL COMPANY v. FEDERAL INSURANCE COMPANY et al. — Motion to dispense with printing denied, without prejudice, however, to a renewal thereof upon papers reciting specifically the orders appealed from and which demonstrate the jurisdiction of this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ I. BRUCE GORDON v. VINCENT CAVUOTO et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of the Probate of the Will of PAUL HOLLY, Deceased. JAN HOLLY, Appellant; PAUL CARLSSON, Respondent.— Motion to dismiss appeal denied, with leave to renew on September 6, 1961. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ WILLIAM F. WALSH et al., Copartners, v. ELY M. AARON et al.— Motion to dismiss appeal granted on consent, and without costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ ALFRED MARKFIELD v. AUDIO-PAKS, INC., et al.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated June 15, 1961, and on the further condition that the trial be had in September, 1961. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ 57TH STREET GARAGE, INC. v. 157 EAST 57TH CORP.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DONALD MALLAY.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order filed herein. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JULIUS WEIR.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order filed herein. That branch of the motion which seeks leave to appeal as a poor person from a judgment of conviction rendered by the Court of General Sessions, New York County, on July 21, 1959, is denied on the ground that the appeal therefrom was not timely taken. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ ABRAHAM GABBAY v. MAX BORGENICHT.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.